**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6183

BENNIE WHITEHEAD,

Petitioner - Appellant,

versus

LARRY W. JARVIS, Warden; MARK L. EARLEY,
Attorney General,

Respondents - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-01-572-7)

Submitted: April 18, 2002          Decided: April 30, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bennie Whitehead, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bennie Whitehead seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See Whitehead v. Jarvis, No. CA-01-572-7 (W.D. Va. Jan. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Whitehead's § 2254 petition listed convictions on June 17, 1999, and February 25, 2000, but asserted claims related only to the 1999 conviction. The district court's order does not discuss Whitehead's February 2000 conviction, and we express no opinion as to any potential claims arising from that conviction.

2